UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY METTS-MONTEZ,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL PALLARES,<br><br>        Respondent. | No. 2:21-cv-0400 KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

1        2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis
2   form used by this district.
3   Dated:  March 15, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mett0400.101a

2