# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY METTS-MONTEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL PALLARES,<br><br>    Respondent. | No. 2:21-cv-0400 JAM KJN P<br><br><br><br>ORDER |

Petitioner requested an extension of time to file a completed motion to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 7) is granted; and

2. Petitioner shall file a completed motion to proceed in forma pauperis by and including May 30, 2021.

Dated: May 12, 2021

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mett0400.111