UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY METTS-MONTEZ, | No. 2:21-cv-0400 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL PALLARES, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 30, 2021, the undersigned recommended dismissal of this action based on petitioner's failure to pay the court's filing fee or submit an application to proceed in forma pauperis. On May 10, 2021, petitioner sought, and was granted, an extension of time to file a completed application to proceed in forma pauperis, up to and including May 30, 2021. On May 13, 2021, petitioner filed objections, stating that due to COVID-19, she was having difficulty getting the application to proceed in forma pauperis certified by prison staff. She recently received a deposit into her trust account, and is able to pay the filing fee, but it takes up to four weeks for the prison to cut a check and mail it to the court. Thus, she seeks up to and including June 10, 2021, in which to pay the filing fee.

Good cause appearing, the findings and recommendations are vacated. Petitioner's request is granted. However, if petitioner is indigent and qualifies for in forma pauperis status,

1

petitioner may file an application to proceed in forma pauperis that is signed by petitioner, without the certification by prison staff. The court will then request a copy of petitioner's trust account statement directly from the CDCR.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 30, 2021 findings and recommendations (ECF No. 6) are vacated;

2. Petitioner's request for extension (ECF No. 9) is granted; and

3. Petitioner shall pay the court's filing fee or submit an application to proceed in forma pauperis on or before June 10, 2021.

Dated: May 19, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mett0400.111b